UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACUSETTS

| | |
|---|---|
| POWER TOOL SPECIALISTS, INC. ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No.: 04-30103-MAP |
| ) | |
| WMH TOOL GROUP, INC. ) | |
| ) | |
| ) | |
| Defendant ) | |

PROOF OF SERVICE

In accordance with Fed. R. Civ. P. 4(l), Plaintiff Power Tool Specialists, Inc., by its attorney, hereby certifies that the Summons and Complaint in this litigation were served on the Defendant WMH Tool Group, Inc. by leaving said documents with Ms. Virginia Schmidt, Human Relations Manager of Defendant on July 2, 2004. The Plaintiff has attached an Affidavit of Process Server evidencing service on Ms. Schmidt as Exhibit A.

Respectfully submitted,

Power Tool Specialists, Inc.
By Their Attorney

Date: 7/16/, 2004

J. Kevin Grogan
BBO No. 635089
McCormick, Paulding & Huber LLP
1350 Main Street, 5th Floor
Springfield, Massachusetts 01103
Tel. (413) 736-5401
Fax (413) 733-4543

# Affidavit of Process Server

**Power Tool Specialists** vs **WMH Tool Group, Inc** — 04-30103-MAP
PLAINTIFF/PETITIONER — DEFENDANT/RESPONDENT — CASE #

Being duly sworn, on my oath, I **WILFRED A. MUELLER** declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **WMH Tool Group, Inc.**
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage
☒ Summons And Complaint

by serving (NAME) **Ms. Virginia Schmidt**

at ☐ Home
☒ Business **WMH Tool Group, In. 2420 Vantage Dr. - Elgin, Ill.**

☐ on (DATE) **JUL 2 2004** at (TIME) **1:45 p.m.**

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely **Ms. Virginia Schmidt - (Human Relations Manager)**
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers, namely_____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address   ☐ Evading   ☐ Other: _____
☐ Address Does Not Exist   ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding   ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( )_____ DATE TIME, ( )_____ DATE TIME
( )_____ DATE TIME, ( )_____ DATE TIME, ( )_____ DATE TIME

**Description:**
☐ Male    ☒ White Skin    ☐ Black Hair    ☐ White Hair    ☐ 14-20 Yrs.    ☐ Under 5'    ☐ Under 100 Lbs.
☒ Female  ☐ Black Skin    ☐ Brown Hair    ☐ Balding      ☐ 21-35 Yrs.    ☐ 5'0"-5'3"   ☒ 100-130 Lbs.
          ☐ Yellow Skin   ☒ Blond Hair    ☐ Mustache     ☒ 36-50 Yrs.    ☐ 5'4"-5'8"   ☐ 131-160 Lbs.
          ☐ Brown Skin    ☐ Gray Hair                   ☐ 51-65 Yrs.    ☐ 5'9"-6'0"   ☐ 161-200 Lbs.
☐ Glasses ☐ Red Skin      ☐ Red Hair      ☐ Beard        ☐ Over 65 Yrs.  ☐ Over 6'     ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois    County of Cook

Subscribed and sworn to before me, a notary public, this **6** day of **July**, 20**04**

_Wilfred A. Mueller_
SERVED BY
LASALLE PROCESS SERVERS

NOTARY PUBLIC

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2007

EXHIBIT
A

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

# United States District Court

_____ DISTRICT OF __MASSACHUSETTS__ _____

POWER TOOL SPECIALISTS, INC.

v.

WMH TOOL GROUP, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 03-30103-MAP

TO: (Name and Address of Defendant)

> WMH TOOL GROUP, INC.
> 300 South Hicks Road
> Palatine, Illinois 60067-6900

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

> J. Kevin Grogan, Esq.
> McCormick, Paulding & Huber LLP
> 1350 Main Street, 5th Floor
> Sovereign Bank Building
> Springfield, MA 01103

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**TONY ANASTAS**

CLERK

_/s/ Mary Finn_

BY DEPUTY CLERK

May 26, 2004

DATE

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
           Date                          Signature of Server

_____
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.