UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| POWER TOOL SPECIALISTS, INC.<br><br>Plaintiff<br><br>v.<br><br>WMH TOOL GROUP, INC.<br><br>Defendant | Civil Action No.: 04-30103-MAP |

## PLAINTIFF'S RULE 7.3 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.3, Plaintiff Power Tool Specialists, Inc. ("PTS") hereby states that Rexon Industrial Corp., LTD. of No. 261 Jen Hwa Road, Tali, Taichung. 412, Taiwan, R.O.C. is its parent corporation. PTS further states that no other publicly held corporation holds 10% or more of its stock.

Date: July 16, 2004

Respectfully submitted,
Power Tool Specialists, Inc.
By Its Attorney

J. Kevin Grogan
BBO No. 635,089
McCormick, Paulding & Huber LLP
1350 Main Street, 5th Floor
Springfield, Massachusetts 01103
Tel. (413) 736-5401
Fax (413) 733-4543

1

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the foregoing was mailed, postage prepaid, this __16th__ day of __July__, 2004 to all counsel of record for each party.

_____
J. Kevin Grogan, Esq.