IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| POWER TOOL SPECIALISTS, INC., | ) |
| Plaintiff, | ) Civil Action No. 04-30103-MAP |
| v. | ) |
| WMH TOOL GROUP, INC., | ) |
| Defendant. | ) (Our Docket No. 5038-40) |

### PLAINTIFF'S ASSENTED TO MOTION TO POSTPONE DEFENDANT'S ANSWER OR OTHER PLEADING DUE ON SEPTEMBER 6, 2004

Plaintiff Power Tool Specialists, Inc. ("PTS") hereby moves the Court to postpone the date on which Defendant WMH Tool Group, Inc.'s ("WMH") answer or other pleading is due from September 6, 2004 until September 30, 2004. In support of its Motion, PTS submits that:

1. Shortly after service of the complaint, PTS and WMH have been engaged in settlement discussions. The parties are making significant progress toward a complete settlement of this case and hope to enter into a settlement agreement shortly. Accordingly, both sides agree that filing an answer is not warranted at this time.

2. By telephone conference on or about September 2, 2004, attorneys for WMH assented to an extension of the date on which WMH's answer or other pleading is due from September 6, 2004 to September 30, 2004.

3. In light of the above, Plaintiff moves the Court to postpone the date on which the Defendant's answer or other pleading is due from September 6, 2004 to September 30, 2004.

Respectfully submitted,

POWER TOOL SPECIALISTS, INC.
Plaintiff

Dated: Sept 0, 2004

By _____
J. Kevin Grogan (BBO635089)
Arthur F. Dionne (BBO125760)
McCormick, Paulding & Huber LLP
1350 Main Street, 5th Floor
Springfield, MA 01103
Tel.: (413) 736-5401
Fax: (413) 733-4543
Attorney for the Plaintiff

*Of Counsel*:

Wm. Tucker Griffith
McCormick, Paulding & Huber LLP
CityPlace II, 185 Asylum Street
Hartford, CT 06103-4102
Tel.: (860) 549-5290
Fax: (860) 527-0464

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was mailed, postage prepaid, this __3__ day of September, 2004 to all counsel of record for each party.

_____
Kevin H. Vanderleeden, Esq.