# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFF OF

OCT 29 P 12: 22

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| POWER TOOL SPECIALISTS, INC., ) | Civil Action No. 04-30103-MAP |
| Plaintiff, ) | |
| v. ) | |
| WMH TOOL GROUP, INC., ) | |
| Defendant. ) | (Our Docket No. 5038-40) |

## PLAINTIFF'S ASSENTED TO MOTION TO POSTPONE DEFENDANT'S ANSWER OR OTHER PLEADING DUE ON OCTOBER 29, 2004

Plaintiff Power Tool Specialists, Inc. ("PTS") hereby moves the Court to postpone the date on which Defendant WMH Tool Group, Inc.'s ("WMH") answer or other pleading is due from October 29, 2004 until November 15, 2004. In support of its Motion, PTS submits that:

1.      Shortly after service of the complaint, PTS and WMH have been engaged in settlement discussions. The parties are making significant progress toward a complete settlement of this case and hope to enter into a settlement agreement shortly. Accordingly, both sides agree that filing an answer is not warranted at this time.

2.      By telephone and email correspondence on or about October 28, 2004, attorneys for WMH assented to an extension of the date on which WMH's answer or other pleading is due from October 29, 2004 to November 15, 2004.

3.    In light of the above, Plaintiff moves the Court to postpone the date on which the Defendant's answer or other pleading is due from October 29, 2004 to November 15, 2004.

Respectfully submitted,

POWER TOOL SPECIALISTS, INC.
Plaintiff

Dated: _10/29/04_

By _____
J. Kevin Grogan (BBO635089)
Arthur F. Dionne (BBO125760)
McCormick, Paulding & Huber LLP
1350 Main Street, 5th Floor
Springfield, MA  01103
Tel.:  (413) 736-5401
Fax:  (413) 733-4543
Attorney for the Plaintiff

*Of Counsel*:

Wm. Tucker Griffith
McCormick, Paulding & Huber LLP
CityPlace II, 185 Asylum Street
Hartford, CT 06103-4102
Tel.: (860) 549-5290
Fax: (860) 527-0464

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was mailed, postage prepaid, this 29th day of October, 2004 to all counsel of record for each party.

J. Kevin Grogan, Esq.