IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| POWER TOOL SPECIALISTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> WMH TOOL GROUP, INC., <br><br> Defendant. | ) <br> ) Civil Action No. 04-30103-MAP <br> ) <br> ) <br> ) <br> ) <br> ) (Our Docket No. 5038-40) <br> ) |

## APPEARANCE

Please enter my appearance as a counsel on behalf of Plaintiff Power Tool Specialists, Inc. in the above-captioned matter.

Respectfully submitted,

Dated: 11/23/04

By /s/ Kevin H. Vanderleeden
Kevin H. Vanderleeden (BBO648361)
McCormick, Paulding & Huber LLP
1350 Main Street
5th Floor
Springfield, MA 01103
Tel.: 860-549-5290
Fax: 860-527-0464
Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 23 day of November, 2004, a copy of the foregoing Appearance was served by first class mail, postage prepaid, on counsel for the Defendant WMH Tool Group, Inc.

/s/ Kevin H. Vanderleeden