## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| POWER TOOL SPECIALISTS, INC., | )  |
|    Plaintiff, | ) Civil Action No. 04-30103 MAP  |
|  | ) (KPN) |
| v. | ) |
| WMH TOOL GROUP, INC., | ) |
|    Defendant. | ) (Our Docket No. 5038-40) |
| | |
| WMH TOOL GROUP, INC., | ) |
|    Counter Plaintiff, | ) |
| v. | ) |
| POWER TOOL SPECIALISTS, INC., | ) |
|    Counter Defendant, and | ) |
| REXON USA, CORP. d/b/a REXON NORTH AMERICA, | ) |
|    Third-Party Defendant, and | ) |
| REXON INDUSTRIAL CORPORATION, LTD., | ) |
|    Third-Party Defendant. | ) |

## JOINT SCHEDULING STATEMENT FOR INITIAL SCHEDULING CONFERENCE

12/28/2004  12:41   16175269899                PROSKAUER ROSE LLP                      PAGE

Pursuant to the Notice of Scheduling Conference, and in accordance with Federal Rules of Civil Procedure 16(b) and Local Rule 16.1, counsel for the Plaintiff and counsel for the Defendant submit the following:

A. <u>Proposed Agenda of Matters to Be Discussed at Scheduling Conference</u>

1. Motion For Protective Order

2. Establishment of Pretrial Schedule, including discovery, motions, amendments to pleadings and case management conference.

3. Status of settlement proposals.

4. No election to proceed before the Magistrate.

B. <u>Parties' Proposed Pretrial Schedule</u>

| Event | Deadline |
|---|---|
| 1. Rexon Industrial Corporation, Ltd.'s Answer due | February 17, 2005 |
| 2. Automatic discovery pursuant to Fed. R. Civ. P. 26(1)(a) and Parties serve First Set of Interrogatories and First Set of Requests for Production | April 1, 2005 |
| 4. Parties to complete non-expert discovery | January 1, 2006 |
| 5. Trial experts identified and reports submitted pursuant to Fed. R . Civ. P. 26(a)(2) | February 1, 2006 |
| 6. Rebuttal experts identified and reports submitted pursuant to Fed. R . Civ. P. 26(a)(2) | March 1, 2006 |

|  |  |  |
|---|---|---|
| 7.  | Expert depositions completed | April 1, 2006 |
| 8.  | Filing of dispositive motions | May 1, 2006 |
| 9.  | Opposition to dispositive motions | June 1, 2006 |
| 10. | Replies to oppositions to dispositive motions | July 1, 2006 |
| 11. | Final pretrial conference | October 1, 2006 |

C. <u>Settlement Proposal</u>

Plaintiff submitted a settlement proposal to the Defendant on November 24, 2004. Defendant rejected the settlement proposal and submitted a counter settlement proposal for review on December 21, 2004.

D. <u>Certification of Counsel Regarding Budget and Alternative Dispute Resolution</u>

Certifications signed by counsel and a representative of each party affirming tha they have conferred with counsel regarding establishing a budget for the costs o litigation and regarding use of alternative dispute resolution in this litigation wi be filed in hand by counsel for each party at the Scheduling Conference on January 5, 2005.

Dated: 12/28, 2004

Respectfully submitted:

POWER TOOL SPECIALISTS, INC.
By Their Attorney

Date: December 28, 2004

/s/ J. Kevin Grogan
J. Kevin Grogan
BBO No. 635,089
Kevin H. Vanderleeden
BBO No. 648,361
McCormick, Paulding & Huber LLP
1350 Main Street, 5th Floor
Springfield, Massachusetts 01103
Tel. (413) 736-5401
Fax (413) 733-4543


WMH TOOL GROUP, INC.,
By Their Attorney

Date: December 28, 2004

/s/ Eben Krim
Steven M. Bauer, Esq. (BBO # 542531)
Eben A. Krim, Esq. (BBO # 652506)
Proskauer Rose LLP
One International Place – 14th Floor
Boston, Massachusetts 02110
Telephone: 617.526.9600
Facsimile: 617.526.9899

*Of Counsel*
Mark W. Hetzler, Esq.
Edward E. Clair, Esq.
Fitch, Even, Tabin & Flannery
120 South LaSalle Street, Suite 1600
Chicago, Illinois 60603
Telephone: 312.577.7000
Facsimile: 312.577.7007

*Attorneys for Defendant
WMH Tool Group, Inc.*