IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| POWER TOOL SPECIALISTS, INC., <br><br> Plaintiff <br><br> v. <br><br> WMH TOOL GROUP, INC., <br><br> Defendant. | ) <br> ) <br> ) Civil Action No. 04-30103 MAP <br> ) (KPN) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) (Our Docket No. 5038-0040) <br> ) <br> ) |
| WMH TOOL GROUP, INC., <br><br> Counter Plaintiff, <br><br> v. <br><br> POWER TOOL SPECIALISTS, INC., <br><br> Counter Defendant, <br> and <br><br> REXON USA, CORP. <br> d/b/a REXON NORTH AMERICA, <br> Third-Party Defendant, <br> and <br><br> REXON INDUSTRIAL CORPORATION, LTD., <br> Third-Party Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### PLAINTIFF/COUNTER DEFENDANT'S ASSENTED TO MOTION TO POSTPONE THE JANUARY 5, 2005 INITIAL SCHEDULING CONFERENCE

Plaintiff/Counter Defendant Power Tool Specialists, Inc. ("PTS") hereby moves the Court to postpone the date on which the F.R.C.P. 16(b) initial scheduling conference

will be held.  PTS moves that the date be extended from January 5, 2005 to February 21, 2005.  In support of its Motion, PTS submits that:

1.   On or about, November 15, 2004, WMH filed an answer containing claims against a third-party defendant.  The third-party defendant is a Taiwanese corporation, Rexon Industrial Corporation, Ltd., ("Rexon Industrial").

2.   Rexon Industrial received a notice letter and request for waiver of service of summons dated November 19, 2004.  On or about December 17, 2004, Rexon Industrial sent its executed waiver form to counsel for Defendant who subsequently filed the waiver with the Court.  Rexon Industrial's answer is now due on February 17, 2005.

3.   Counsel for both parties believe that the scheduling conference should be postponed until after Rexon Industrial has filed its answer.

4.   By telephone conference on or about December 29, 2004, counsel for defendant WMH Tool Group assented to an extension of the date of the initial scheduling conference until after Rexon Industrial has filed its answer.

5.   Additionally, the parties continue to engage in settlement discussions and believe that settlement may be possible in the short term.

6.       In light of the above, the Plaintiff moves the Court to postpone the date of the F.R.C.P. 16(b) initial scheduling conference from January 5, 2005 to February 21, 2005.  Plaintiff notes that if February 21, 2005 is inconvenient for the Court, counsel for both parties are available from Tuesday, February 22, 2005 through Friday, February 25, 2005.

Respectfully submitted,

POWER TOOL SPECIALISTS, INC.
Plaintiff

Dated: 12/30/04

By _____
J. Kevin Grogan (BBO635089)
Kevin H. Vanderleeden (BBO648361)
McCormick, Paulding & Huber LLP
1350 Main Street, 5th Floor
Springfield, MA  01103
Tel.: (413) 736-5401
Fax:  (413) 733-4543
Attorney for the Plaintiff

*Of Counsel*:

Wm. Tucker Griffith
McCormick, Paulding & Huber LLP
CityPlace II, 185 Asylum Street
Hartford, CT 06103-4102
Tel.: (860) 549-5290
Fax: (860) 527-0464