**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| POWER TOOL SPECIALISTS, INC., ) | |
| ) | Civil Action No. 04-30103 MAP |
| Plaintiff ) | (KPN) |
| ) | |
| v. ) | |
| ) | |
| WMH TOOL GROUP, INC., ) | |
| ) | (Our Docket No. 5038-0040) |
| Defendant. ) | |
| ) | |
| WMH TOOL GROUP, INC., ) | |
| ) | |
| Counter Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| POWER TOOL SPECIALISTS, INC., ) | |
| ) | |
| Counter Defendant, ) | |
| and ) | |
| ) | |
| REXON USA, CORP. ) | |
| d/b/a REXON NORTH AMERICA, ) | |
| Third-Party Defendant, ) | |
| and ) | |
| ) | |
| REXON INDUSTRIAL CORPORATION, LTD.,) | |
| Third-Party Defendant. ) | |

**PLAINTIFF/COUNTER DEFENDANT'S ASSENTED TO MOTION TO POSTPONE THE FEBRUARY 22, 2005 INITIAL SCHEDULING CONFERENCE**

Plaintiff/Counter Defendant Power Tool Specialists, Inc. ("PTS") hereby moves the Court to postpone the date on which the F.R.C.P. 16(b) initial scheduling conference will be held. PTS moves that the date be extended from February 22, 2005 to April 22, 2005. In support of its Motion, PTS submits that:

1.      The Parties are extremely close to settling the case and appear to have agreed on a dollar amount of the settlement.  The Parties are currently finalizing the other terms of the agreement.

2.      By telephone conference on or about February 16, 2005, counsel for defendant WMH Tool Group assented to an extension of the date of the initial scheduling conference until April 22, 2005 to give the parties time to finalize settlement and to conserve resources in light of an imminent settlement.  The Parties have also agreed to an extension for the Taiwanese Counter Defendant, Rexon Industrial Corporation, Ltd. to submit its answer or other pleading.

3.      In light of the above, the Plaintiff moves the Court to postpone the date of the F.R.C.P. 16(b) initial scheduling conference from February 22, 2005 to April 22, 2005.  Plaintiff notes that if April 22, 2005 is inconvenient for the Court, counsel for both parties are available from Monday, April 18, 2005 through Friday, April 22, 2005.

                                Respectfully submitted,

                                POWER TOOL SPECIALISTS, INC.
                                Plaintiff

Dated: February 17, 2005             By /s/ J. KEVIN GROGAN
                                J. Kevin Grogan (BBO635089)
                                Kevin H. Vanderleeden (BBO648361)
                                McCormick, Paulding & Huber LLP
                                1350 Main Street, 5th Floor
                                Springfield, MA  01103
                                Tel.: (413) 736-5401
                                Fax: (413) 733-4543
                                Attorney for the Plaintiff

*Of Counsel*:

Wm. Tucker Griffith
McCormick, Paulding & Huber LLP
CityPlace II, 185 Asylum Street
Hartford, CT 06103-4102
Tel.: (860) 549-5290
Fax: (860) 527-0464

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was mailed, postage prepaid, this 17th day of February 2005 to all counsel of record for each party.

                                         /s/ J. KEVIN GROGAN
                                         J. Kevin Grogan, Esq.