## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| POWER TOOL SPECIALISTS, INC., ) | |
| ) | Civil Action No. 04-30103 MAP |
| Plaintiff ) | (KPN) |
| ) | |
| v. ) | |
| ) | |
| WMH TOOL GROUP, INC., ) | |
| ) | (Our Docket No. 5038-0040) |
| Defendant. ) | |
| ) | |
| WMH TOOL GROUP, INC., ) | |
| ) | |
| Counter Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| POWER TOOL SPECIALISTS, INC., ) | |
| ) | |
| Counter Defendant, ) | |
| and ) | |
| ) | |
| REXON USA, CORP. ) | |
| d/b/a REXON NORTH AMERICA, ) | |
| Third-Party Defendant, ) | |
| and ) | |
| ) | |
| REXON INDUSTRIAL CORPORATION, LTD., ) | |
| Third-Party Defendant. ) | |

**THIRD PARTY DEFENDANT'S ASSENTED TO MOTION TO POSTPONE ITS ANSWER OR OTHER PLEADING DUE ON FEBRUARY 17, 2005**

Third Party Defendant Rexon Industrial Corporation, Ltd., ("Rexon"), hereby moves the Court to postpone the date on which its answer or other pleading is due from February 17, 2005 until March 17, 2005. In support of its Motion, Rexon submits that:

1

1.	Shortly after service of the complaint, PTS, Rexon and WMH have been engaged in settlement discussions. The parties are making significant progress toward a complete settlement of this case and hope to enter into a settlement agreement shortly. Importantly, the Parties appear to have reached an agreement as to the dollar amount of the settlement and are finalizing the other terms. Accordingly, both sides agree that filing an answer is not warranted at this time.

2.	By telephone conference on or about February 17, 2005, attorneys for WMH assented to an extension of the date on which Rexon's answer or other pleading is due from February 17, 2005 to March 17, 2005.

3.	In light of the above, Plaintiff moves the Court to postpone the date on which the Defendant's answer or other pleading is due from February 17, 2005 to March 17, 2005.

Respectfully submitted,

REXON INDUSTRIAL CORPORATION, LTD.
Counter Defendant

Dated: February 17, 2005		By /s/ J. KEVIN GROGAN
		J. Kevin Grogan (BBO635089)
		Kevin H. Vanderleeden (BBO648361)
		McCormick, Paulding & Huber LLP
		1350 Main Street, 5th Floor
		Springfield, MA 01103
		Tel.: (413) 736-5401
		Fax: (413) 733-4543
		Attorney for the Plaintiff

2

*Of Counsel*:

Wm. Tucker Griffith
McCormick, Paulding & Huber LLP
CityPlace II, 185 Asylum Street
Hartford, CT 06103-4102
Tel.: (860) 549-5290
Fax: (860) 527-0464

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was mailed, postage prepaid, this 17th day of February 2005 to all counsel of record for each party.

                                          /s/ J. KEVIN GROGAN
                                          J. Kevin Grogan, Esq.