UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

POWER TOOLS SPECIALIST, INC.,     )
                      Plaintiff     )
                                    )
                                    )
          v.                        )          Civil Action No. 04-30103-MAP
                                    )
                                    )
WMH TOOL GROUP, INC., et al.,       )
                    Defendants     )

SETTLEMENT ORDER OF DISMISSAL
April 25, 2005

        The court, having been advised on April 25, 2005, that the above-entitled action

has been settled;

        IT IS ORDERED that this action is hereby dismissed without costs and without

prejudice to the right of any party, upon good cause shown, to reopen the action within

thirty (30) days if settlement is not consummated.

                                        By the Court,


                                         /s/ Bethaney A. Healy
                                        Bethaney A. Healy
                                        Deputy Clerk