IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| POWER TOOL SPECIALISTS, INC., <br><br> Plaintiff <br><br> v. <br><br> WMH TOOL GROUP, INC., <br><br> Defendant. | Civil Action No. 04-30103 MAP <br> (KPN) <br><br> (Our Docket No. 5038-0040) |
| WMH TOOL GROUP, INC., <br><br> Counter Plaintiff, <br><br> v. <br><br> POWER TOOL SPECIALISTS, INC., <br><br> Counter Defendant, <br> and <br><br> REXON USA, CORP. <br> d/b/a REXON NORTH AMERICA, <br>   Third-Party Defendant, <br> and <br><br> REXON INDUSTRIAL CORPORATION, LTD., <br>   Third-Party Defendant. | |

## STIPULATED ORDER OF DISMISSAL

Plaintiff, Power Tool Specialists, Inc., Defendant, WMH Tool Group, Inc., and Counter Defendants Rexon USA, Corp., and Rexon Industrial Corporation, Ltd.,

1

hereby stipulate to the entering of the present Order and agree that all claims made by Plaintiff against Defendant, as well as all counter claims made by Defendant against Plaintiff and Counter Defendants, are hereby dismissed with prejudice, and each party is to bear its own costs and counsel fees. This Stipulated Order of Dismissal is binding upon and constitutes res judicata between the parties.

THE PLAINTIFF AND COUNTER DEFENDANTS,

Power Tool Specialists, Inc.

Rexon Industrial Corporation, Ltd.,

Rexon USA Corp.

_____          _____
J. Kevin Grogan                                                           Date
BBO No. 635,089
Kevin H. Vanderleeden
BBO No. 648,361
McCormick, Paulding & Huber LLP
1350 Main Street, 5th Floor
Springfield, Massachusetts 01103
Tel. (413) 736-5401
Fax (413) 733-4543


THE DEFENDANT,

WMH Tool Group, Inc.

_____          ____5/6/05_____
Edward E. Clair                                                           Date
Fitch, Even, Tabin & Flannery
120 South LaSalle Street, Suite 1600
Chicago, IL 60603

SO ORDERED, this _____ day of _____, 2005.

_____

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was mailed, postage prepaid, this _____ day of_____, 2005 to all counsel of record for each party.

_____

J. Kevin Grogan, Esq.